UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:   21-CR-20001-MGC

UNITED STATES OF AMERICA,

v.

DIAMOND BLUE SMITH,
         Defendant,
_____/

## DEFENDANT DIAMOND BLUE SMITH'S UNOPPOSED MOTION TO MODIFY CONDITION OF PRETRIAL RELEASE

DEFENDANT DIAMOND BLUE SMITH respectfully requests the Court to modify his conditions of pretrial release by allowing him to reside with his girlfriend and their newborn son. The grounds for this motion are as follows:

1. On October 8, 2020, the Court granted pretrial release for Diamond Blue Smith on $250,000 PSB with standard conditions.

2. Mr. Smith's girlfriend Caroline Torres recently gave birth to their son. Mr. Smith wishes to move into Ms. Torres' home located at 18031 NW 87th Court, Hialeah, Florida, 33018 and live with her and their child.

3. Probation officer Nelson Valenzuela confirmed that Mr. Smith is compliant with all conditions of release, and he does not oppose this motion.

WHEREFORE, Mr. Smith moves the Court to modify his conditions of pretrial release to allow him to reside at 18031 NW 87th Court.

## LOCAL RULE 88.9 CERTIFICATION

I CERTIFY that I discussed this motion with Assistant U.S. Attorney Aimee Jimenez who advised that she does not oppose this relief.

Submitted by:

/s/ Adriana Collado-Hudak
Fla. Bar No. 830461
Greenspoon Marder LLP
600 Brickell Avenue
36th Floor
Miami, FL 33131
305-789-2713
adriana.collado-hudak@gmlaw.com

## CERTIFICATE OF SERVICE

I CERTIFY that I filed a copy of the foregoing via CM/ECF on May 27, 2021, and it was thereby served on all parties of record.

/s/ Adriana Collado-Hudak
Fla. Bar No. 830461