UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:   21-CR-20001-MGC

UNITED STATES OF AMERICA,

v.

DIAMOND BLUE SMITH,
                Defendant,
_____/

**ORDER ON DEFENDANT DIAMOND BLUE SMITH'S UNOPPOSED MOTION TO MODIFY CONDITION OF PRETRIAL RELEASE**

**THIS CAUSE** came before the Court on the Defendant's *Unopposed Motion to Modify Condition of Pretrial Release*. After reviewing the pertinent information, this Court now advises:

**ORDERED AND ADJUDGED** that the motion is _____.

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Miami-Dade County, Florida this _____ 2021.

_____
MARCIA G. COOKE
United States District Judge

Cc: All counsel of record